FILED
November 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO. 03-15-00719

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

CAROLYN BARNES, ET AL, APPELLANT

V.

DUSTY HUMES, PH.D. AND RICHARD COONS, M.D.

JOINT MOTION TO CLARIFY RECORD FOR APPEAL

On Appeal From Cause No. D-1-GN-15-000877

From The 419th Judicial District Court Of Travis County, Texas

The Honorable Orlinda Naranjo Presiding

Carolyn Barnes, J.D., Ph.D.
419 Indian Trail
Leander, Texas 78641
(281)467-8681
Barnes.legalguidance@gmail.com


RECEIVED
NOV 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# IDENTITY OF PARTIES AND COUNSEL

<u>Appellant:</u>

Carolyn Barnes
419 Indian Trail
Leander, Texas 78641
(281) 467-8681
Barnes.legalguidance@gmail.com

<u>Appellees:</u>

DUSTY HUMES, PH.D.
RICHARD COONS, M.D.

<u>Counsel for Appellees:</u>

Brett B. Rowe
Evans, Rowe & Holbrook, P.C.
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
bbrowe@evans-rowe.com

David M. Davis
DAVIS & WRIGHT, P.C,
P.O. Box 2283
Austin, Texas 78768-2283
ddavis@dwlaw.com

## JOINT MOTION TO CLARIFY RECORD FOR APPEAL

On October 6, 2015, the trial court entered an Order granting the motion for summary judgment filed by Richard Coons, M.D. On the same date, the trial court also entered an Order granting the motion for summary judgment filed by Dusty Humes, Ph.D.

Subsequently, Richard Coons, M.D. was severed into a separate cause number to allow this appeal. It was assigned a new cause number D-1-GN-15-004460. Dusty Humes, Ph.D. was also severed and assigned a new cause number D-1-GN-15-004461.

The parties are jointly working on the designation of the Clerk's Record for appeal. There is confusion due to the nature of this case concerning where matters have been filed and the docketing of two apparently similar cases at the Third Court of Appeals and the parties now move jointly to correct and clarify the record for appeal.

On November 10, 2015, this cause was docketed in the Third Court of Appeals under Cause No. 03-15-00700-CV. A week later, on November 17, 2015, a similar styled case was docketed in the Third Court of Appeals under Cause No. 03-15-00719.

The only difference between 0700 and 0719 appears to be that Richard Coons, M.D. is the lead name in the 0700 appeal and Dusty Humes, Ph.D. is the lead name in the 0719 appeal.

Therefore, for clarity and purposes of appeal, the parties have agreed to the following:

(1)   The appellate case under No. 03-15-00700 shall only bear the name of RICHARD COONS, M.D. as the defendant on appeal and will only deal with the matters pertaining to RICHARD COONS, M.D.;

(2)   The appellate case under No. 03-15-00719 shall only bear the name of DUSTY HUMES, PH.D. as the defendant on appeal and will only deal with the matters pertaining to DUSTY HUMES, PH.D.;

(3)   Any matters filed in the original case D-1-GN-15-00877 or subsequently filed in D-1-GN-15-004460 shall be made part of the record on appeal in 03-15-00700 as designated by the parties; and

(4)   Any matters filed in the original case D-1-GN-15-00877 or subsequently filed in D-1-GN-15-004461 shall be made part of the record on appeal in 03-15-00719 as designated by the parties.

## RELIEF REQUESTED

Movants jointly request that the Court grant the Motion for Extension of Time to file the docketing statements, designate and file the Clerk's

Record, and designate and file the Court Reporter's Record for a period of thirty days; grant the Joint Motion to Clarify Record for Appeal; clarify and designate Case No. 03-15-00700 to be the appeal concerning RICHARD COONS, M.D. and the granting of his motion for summary judgment; clarify and designate Case No. 03-15-00719 to be the appeal concerning DUSTY HUMES, PH.D. and granting of her motion for summary judgment; and all other relief requested herein. Movants request that the Court award all other relief as the Court deems just and proper.

Respectfully submitted,

Carolyn Barnes
419 Indian Trail
Leander, TX 78641
281 467 8681
barnes.legalguidance@gmail.com

By: _____

Carolyn Barnes

Brett B. Rowe
Evans, Rowe & Holbrook, P.C.
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
bbrowe@evans-rowe.com

By: _____
BRETT B. ROWE
SBOT # 17331750

David M. Davis
DAVIS & WRIGHT, P.C,
P.O. Box 2283
Austin, Texas 78768-2283
ddavis@dwlaw.com


By: _____
DAVID M. DAVIS

6

Brett B. Rowe
Evans, Rowe & Holbrook, P.C.
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
bbrowe@evans-rowe.com

By: _____
BRETT B. ROWE


David M. Davis
DAVIS & WRIGHT, P.C,
P.O. Box 2283
Austin, Texas 78768-2283
ddavis@dwlaw.com

By: _____
DAVID M. DAVIS

SBOT #05477500

## JURAT

COUNTY OF WILLIAMSON

STATE OF TEXAS

Pursuant to Texas Civil Practices and Remedies Code Sec. 132.001, I, Carolyn Barnes, do hereby swear and affirm that the facts stated above are true and correct based on personal knowledge.

I aver that "My name is Carolyn Barnes, my date of birth is January 12, 1957, and my address is 419 Indian Trail, Leander, Texas 78641 in the United States of America. I swear under penalty of perjury that all the facts stated herein are within my personal knowledge and true and correct.

I have read the foregoing Joint Motion To Clarify Record For Appeal and the facts stated within that are not verified by the record are true and correct to the best of her knowledge.

The attorneys representing the opposing parties, RICHARD COONS and DUSTY HUMES have agreed to this joint motion and have authorized me to sign their names with permission on this joint motion. I have attached copies of their actual signatures on the joint motion sent via email.

SWORN TO BEFORE ME ON THIS 24th day of November, 2015.

By: _____
Carolyn Barnes

7

## CERTIFICATE OF CONFERENCE

Plaintiff has conferred with opposing counsel and they have agreed and join in the requested relief.

_____
Carolyn Barnes

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing document has been served pursuant to Rule 21a of the Texas Rules of Civil Procedure on all counsel of record on this the 24th day of November 2015.